IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHANIE PALMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:05-1040 |
| ) | Judge Trauger |
| PREVOST CAR, INC., ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |

## O R D E R

On June 9, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that the defendant's Motion to Stay and Compel Arbitration (Docket No. 3) be granted. (Docket No. 15) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the defendant's Motion to Stay and Compel Arbitration (Docket No. 3) is **GRANTED**, and this case is **DISMISSED**.

It is so **ORDERED**.

ENTER this 17th day of July 2006.

_____
ALETA A. TRAUGER
U.S. District Judge